## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**PRESCOTT ARCHITECTS, INC.,**
and
**JEFFREY PRESCOTT,**

               Plaintiffs,                                        Case No. 3:08cv532/MCR

v.

**LEXINGTON INSURANCE CO.,**

               Defendant.
_____/

## O R D E R

On March 18, 2009, the court heard oral argument on defendant's motion to compel arbitration and stay or dismiss or strike the action; plaintiffs' motion to stay arbitration proceedings; and plaintiffs' motion to amend their complaint.  This order memorializes certain of the court's rulings and other instructions that were announced at the March 18th proceeding.

The court advised the parties of its conclusion that, under applicable law, an arbitrator is permitted to decide coverage issues.  No further argument or briefing on that issue is necessary or will be permitted.  Additional briefing will be required, however, on the following issue:

> Whether, in light of the McCarran-Ferguson Act, 15 U.S.C. § 1011, *et. seq.,* and sections 626.905; 626.907; 626.908; 626.937 and section 627.428, Florida Statutes, the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, applies to this dispute.

Additionally, in their supplemental briefs the parties may address the applicability in this case of the Florida Arbitration Act, Chapter 682, Florida Statutes.

The parties' supplemental briefs must be filed no later than **April 3, 2009.** Maximum length is twenty-five (25) pages.  No reply briefs will be permitted.

As a final matter, as explained at oral argument, the court will rule on plaintiffs' motion to amend following its consideration of the motion to compel arbitration and the motion to stay arbitration.

This case remains stayed pending the court's disposition of the opposing motions on arbitration.

**DONE and ORDERED** this 19th day of March, 2009.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**